IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MADRID,

    Plaintiff,

v.

CITY OF OAKLAND, ET AL.,

    Defendants.

                                  /

No. C 09-04819 JSW

**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR**

By order dated October 15, 2009, this Court set a case management conference for February 5, 2010 at 1:30 p.m. The order required that all parties appear through lead counsel or counsel sufficiently well versed in the matter to enable counsel to discuss all items referred to in the order and with authority to enter stipulations, to make admissions, and to agree to further scheduling dates.

John I. Burris, counsel for Plaintiff Jonathan Madrid, without leave of Court or notice to any of the parties, failed to appear at the case management conference on February 5, 2010, in violation of Civil L. R. 16-10(c). Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE why monetary sanctions in the amount of $1,000 should not be imposed, why this Court should not report Mr. Burris to the California State Bar for his conduct in this matter, and why this case should not be dismissed for failure to prosecute.

Mr. Burris shall respond in writing by February 19, 2010 as to why such sanctions should not be imposed.

Counsel is also admonished that, in his absence, this Court set case management dates to which he is bound. Counsel may refer to the Court's civil minutes of the case management conference to reference its orders.

**IT IS SO ORDERED.**

Dated: February 5, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE