JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121286
STEPHEN Q. ROWELL, Sr. Deputy City Attorney - State Bar #098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865     Fax: (510) 238-6500
sqrowell@oaklandcityattorney.org

Attorneys for Defendants
CITY OF OAKLAND
and HOWARD JORDAN
27494/644235

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON MADRID, | Case No. C09-4819 JSW |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE TO COMMENCE SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF OAKLAND, a Municipal Corporation; Police Chief HOWARD JORDAN, in his professional capacity; COUNTY OF ALAMEDA, a county government; Sheriff GREGORY AHERN; Deputy Probation Officer DALEN RANDA; several unknown Oakland Police Officers sued herein as Does 1 through 20, inclusive and several unknown Alameda County Sheriffs sued herein as Does 21 through 40. | |
| Defendants. | |

### INTRODUCTION

During the initial case management conference, the court ordered this case to be assigned to a Magistrate Maria Elena James for a settlement conference to take place on or before April 6, 2010. Accordingly Magistrate Judge James scheduled the settlement conference for March 23, 2010.

It has become apparent that the defendants will require additional "damages" discovery before they will be able to engage in meaningful settlement discussions. In light of this, the parties and Magistrate Judge James have tentatively agreed to postpone the settlement conference until June 2, 2010 at 10:00 a.m., subject to the court's approval.

## STIPULATION

In light of the foregoing, the parties hereby stipulate that the deadline for completion of the settlement conference be extended from April 6, 2010 to June 15, 2010.

Date: 3/15/10

/S/
STEVEN YOURKE, ESQ
Attorney for Plaintiff

Date: 3/15/10

STEPHEN Q. ROWELL, ESQ.
Attorney for Defendants
CITY OF OAKLAND and HOWARD JORDAN

Date: 3/15/10

RICHARD OSMAN, ESQ
Attorney for Defendants
COUNTY OF ALAMEDA, GREGORY AHERN and DALEN RANDA

## ORDER

**It is so ordered.**

Dated: March 16, 2010

HON. JEFFERY S. WHITE
United States District Court