1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney- State Bar #142561
   CHARLES E. VOSE, Sr. Deputy City Attorney- State Bar #139700
3  One Frank Ogawa Plaza, 6th Floor
4  Oakland, California  94612
   Telephone:  (510) 238-6135      Fax:  (510) 238-6500
5

6  Attorneys for Defendants
   CITY  OF OAKLAND
7  and HOWARD JORDAN
   27494/685738
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | JONATHON MADRID,                        | Case No. C09-4819 JSW (MEJ)
13 |          Plaintiff,                     | ORDER EXCUSING HOWARD JORDAN
   |                                         | FROM SETTLEMENT CONFERENCE
14 |     v.                                  |
   |                                         | Date: August 10, 2010
15 | CITY OF OAKLAND, a Municipal            | Time: 10:00 a.m.
   | Corporation; Police Chief HOWARD        | The Honorable Maria-Elena James
16 | JORDAN, in his professional capacity;   |
   | COUNTY OF ALAMEDA, a county             |
17 | government; Sheriff GREGORY AHERN;      |
   | Deputy Probation Officer DALEN RANDA;   |
18 | several unknown Oakland Police Officers |
   | sued herein as Does 1 through 20, inclusive |
19 | and several unknown Alameda County      |
   | Sheriffs sued herein as Does 21 through |
20 | 40.                                     |
   |          Defendants.                    |
21

22        Upon application by defendants in this action BY Defendant Howard
23 Jordan , it is hereby ordered as follows:
24 / / /
25 / / /
26

HOWARD JORDAN is hereby excused from attending the Settlement Conference in this action, scheduled for August 10, 2010. A command level member of the Oakland Police Department will attend the Settlement Conference on behalf of Howard Jordan.

**IT IS SO ORDERED.**

Dated: August _4_, 2010

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE