```
Thomas F. Bertrand, SBN 056560
Richard W. Osman, SBN 167993
The Waterfront Building
Bertrand, Fox & Elliot
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
```

Attorneys for COUNTY OF ALAMEDA, SHERIFF GREGORY AHERN and DEPUTY PROBATION OFFICER DALEN RANDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON MADRID,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a Municipal Corporation; Police Chief HOWARD JORDAN, in his professional capacity; COUNTY OF ALAMEDA, a county government; Sheriff GREGORY AHERN; Deputy Probation Officer DALEN RANDA; several unknown Oakland Police Officers sued herein as Does 1 through 20, inclusive and several unknown Alameda County Deputy Sheriffs sued herein as Does 21 through 40,<br><br>     Defendants. | Case No.: C09-04819 JSW<br><br>ORDER EXCUSING GREGORY AHERN and DALEN RANDA FROM SETTLEMENT CONFERENCE<br><br>DATE:  August 10, 2010<br>TIME:   10:00 a.m.<br>The Honorable Maria-Elena James |

Upon application by defendants COUNTY OF ALAMEDA, SHERIFF GREGORY AHERN and DEPUTY PROBATION OFFICER DALEN RANDA, it is hereby ordered as follows:

GREGORY AHERN and DALEN RANDA are hereby excused from attending the Settlement Conference in this action, scheduled for August 10, 2010. Janette Brook, Senior Risk and Insurance Analyst for Alameda County and Ken Maolini of Risk Management Services will

---

ORDER EXCUSING GREGORY AHERN and DALEN RANDA FROM SETTLEMENT CONFERENCE- C09-04819 JSW

1

1 | attend the Settlement Conference on behalf of the County of Alameda, Sheriff GREGORY
2 | AHERN and DALEN RANDA.
3 | **IT IS SO ORDERED.**

Dated: August __4__, 2010

_____
THE HONORABLE MARIA-ELENA JAMES
United States District Court
Magistrate Judge