UNITED STATES DISTRICT COURT

Northern District of California

JONATHAN MADRID,

           Plaintiff,

   v.

CITY OF OAKLAND, et al.,

           Defendants.
_____/

No. C 09-04819 JSW (MEJ)

**ORDER RE: MRI**

On August 10, 2010, the parties in the above-captioned matter appeared for a settlement conference. Based on discussions at the conference, the Court hereby ORDERS Plaintiff to complete an MRI and provide the results to Defendants within 21 days from the date of this Order. The parties shall appear for a further settlement conference on October 4, 2010 at 2:00p.m. Any updated statements shall be submitted by September 27, 2010.

**IT IS SO ORDERED.**

Dated: August 10, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge